■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST WRIGHT, Appellant. — Appeals by defendant from two judgments of the County Court, Suffolk County (Weissman, J.), both rendered August 20, 1981, convicting him, upon his pleas of guilty, of operating a motor vehicle while under the influence of alcohol and attempted burglary in the third degree, respectively, and imposing sentences. Judgments affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mollen, P. J., Mangano, Thompson and Niehoff, JJ., concur.

## (September 23, 1983)

■ In the Matter of SIDNEY J. CHASE, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner. — Petition by the Grievance Committee for the Tenth Judicial District, pursuant to subdivision 4 of section 90 of the Judiciary Law, (1) to suspend respondent Sydney J. Chase, an attorney admitted to practice in this court on June 16, 1965, based upon his conviction of a serious crime on July 15, 1983 (in the County Court, Nassau County, of attempted criminal possession of stolen property in the second degree — a class A misdemeanor); and (2) to appoint a referee to conduct hearings based upon the alleged acts of professional misconduct which constituted the crime and upon any other acts of professional misconduct which may come to the attention of the committee. Motion granted. The respondent Sydney J. Chase is forthwith suspended from the practice of law, pending the further order of this court. The matter is referred to Stanley Kreutzer, Esq., 19 Shore Park Road, Great Neck, New York, 11023, as special referee to hear and to report together with his findings. Louis J. Profera, Acting Chief Counsel for the Grievance Committee for the Tenth Judicial District is designated to prosecute the proceeding. Damiani, J. P., Titone, Lazer, Mangano and Weinstein, JJ., concur.

■ In the Matter of STANLEY I. MILSTEIN, a Disbarred Attorney, Petitioner. — Application by petitioner Stanley I. Milstein, an attorney, who was disbarred by this court by order dated October 6, 1975 [49 AD2d 881] (1) to vacate the order of disbarment, which struck his name from the roll of attorneys and counselors at law, and (2) to immediately reinstate him to the Bar of this State. The matter is referred to the Committee on Character and Fitness for the Second Judicial Department for investigation and report on (1) whether petitioner fully complied with the order of disbarment and (2) whether he presently possesses the requisite character and fitness to qualify to act as an attorney and counselor at law. The petitioner will be held in abeyance pending the committee's report. Damiani, J. P., Titone, Lazer, Mangano and Weinstein, JJ., concur.